UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  No. 2:06-cv-0836-MCE-KJM

    Plaintiff,

  v.  **ORDER RE: SETTLEMENT AND DISPOSITION**

ENTERPRISE RENT-A-CAR COMPANY OF SACRAMENTO, a Nevada corporation, individually and d/b/a/ Enterprise Rent-A-Car; and Does 1 through 10, inclusive,

    Defendants.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 23, 2006.

///
///
///
///
///

1     Failure to comply with this Order may be grounds for the
2  imposition of sanctions on any and all counsel as well as any
3  party or parties who cause non-compliance with this Order.
4     IT IS SO ORDERED.
5  DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE